Argued and submitted October 23, 1991, affirmed February 12, 1992

STATE OF OREGON,
*Respondent,*

*v.*

THOMAS RICHARD STOFFAL,
*Appellant.*

(90CR-2413FE; CA A67464)

823 P2d 1047

Jesse Wm. Barton, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Deits, Judge.